FILED — ENTERED
LOGGED — RECEIVED

MAY 1 3 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

      **vs.**

**Jose Manuel Pacheco-Galvan**

\*

\*

\*

\*

**Case No.** 1:26-mj-00036-CJC

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

Christina Wong AFPD , and the Government was represented by Assistant United States

Attorney Christina Hoffman , it is

**ORDERED**, this 13 day of May , 2026 , that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____

J. Mark Coulson
United States Magistrate Judge